**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO**

| | |
|---|---|
| DIGITAL VERIFICATION SYSTEMS, LLC, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) ) |
| DOTLOOP, INCORPORATED, | ) ) ) |
| Defendant. | ) |

C.A. No. 1:20-cv-00858-MWM

**JOINT MOTION FOR EXTENSION OF TIME TO ANSWER
OR OTHERWISE RESPOND TO COMPLAINT**

Plaintiff Digital Verification Systems, LLC and Defendant dotloop, Incorporated (collectively, the "Parties"), by and through undersigned counsel, hereby request that Defendant's deadline to answer or otherwise respond to the Complaint be extended from January 20, 2021 to February 3, 2021. Defendant has received a prior extension of time on January 8, 2021.

The Parties respectfully request this final extension as they seek to resolve this matter prior to requiring Defendant to file an answer in this case. The Parties believe that this matter can be resolved within this additional extension of time, which will permit resolution and dismissal. The requested extension should not disrupt the schedule in this case or prejudice any party.

Dated: January 20, 2021

Respectfully submitted,

SAND, SEBOLT & WERNOW CO., LPA

*/s/ Howard L. Wernow*
Howard L. Wernow (SBN0089019)
Aegis Tower – Suite 1100
4940 Munson Street NW
Canton, Ohio 44718
Telephone: (330) 244-1174
Facsimile: (330) 244-1173
Email: howard.sternow@sswip.com

2

        David A. Chavous, Esq.
        (*Pro Hac Vice* forthcoming)
        CHAVOUS INTELLECTUAL
        PROPERTY LAW LLC
        793 Turnpike Street, Unit 1
        North Andover, MA 01845
        Phone: (978) 655-4309
        Fax: (978) 945-0549
        dchavous@chavousiplaw.com

        ATTORNEYS FOR PLAINTIFF


        PERKINS COIE LLP

        */s/ Ramsey Al-Salam*
        Ramsey Al-Salam
        *(Pro hac vice forthcoming)*
        1201 Third Avenue – Suite 4900
        Seattle, Washington 98101-3099
        Telephone: (206) 359-6385
        Email: RAlsalam@perkinscoie.com

        ATTORNEY FOR DEFENDANT

3

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on January 20, 2021, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

                                               */s/ Howard L. Wernow*
                                               Howard L. Wernow