**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**

| | |
|---|---|
| **DIGITAL VERIFICATION SYSTEMS, LLC,** | ) ) ) |
| Plaintiff, | ) ) Civil Action No.: 1:20-cv-00858-MWM |
| v. | ) ) ) |
| **DOTLOOP, INCORPORATED,** | ) ) ) |
| Defendant. | ) |

**MOTION TO STAY ALL DEADLINES AND NOTICE OF SETTLEMENT**

Plaintiff Digital Verification Systems, LLC, by and through undersigned counsel and subject to the approval of this Court, hereby files this Motion to Stay All Deadlines and Notice of Settlement, and in support thereof, respectfully shows the Court as follows:

All matters in controversy between Plaintiff and Defendant dotloop, Incorporated have been settled in principle. The parties are in the process of memorializing the terms of a written settlement agreement. The parties anticipate that they will be able to perform such terms within forty-five (45) days. Accordingly, Plaintiff respectfully requests that the Court grant a stay of the proceedings between the parties, including all deadlines, until March 22, 2021.

Good cause exists for granting this Motion, as set forth above. The motion is not filed for purposes of delay but so that justice may be served.

**CERTIFICATE OF CONFERENCE**

The undersigned certifies that counsel for Plaintiff conferred with Defendant about the issues presented here. Defendant indicated that it was not opposed to the relief sought herein.

2

Dated: January 20, 2021            Respectfully submitted,

SAND, SEBOLT & WERNOW CO., LPA

*/s/Howard L. Wernow*
Howard L. Wernow (SBN 0089019)
Aegis Tower – Suite 1100
4940 Munson Street NW
Canton, Ohio 44718
Telephone: (330) 244-1174
Facsimile: (330) 244-1173
Email: howard.sternow@sswip.com

ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on February 4, 2021, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

*/s/ Howard L. Wernow*
Howard L. Wernow